UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANET LUIZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:15-CV-4005-G (BF) |
| EBBY HALLIDAY REAL ESTATE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of the United States Magistrate Judge Paul D. Stickney.  Objections were filed.  The court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made.  The objections are overruled.

It is therefore **ORDERED** that Ebby Halliday Real Estate, Inc.'s amended motion to dismiss for failure to prosecute (docket entry 27) is **GRANTED**.

December 29, 2016.

*[signature: A. Joe Fish]*
A. JOE FISH
**Senior United States District Judge**